# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Blackhawk Ventures, LLC ) ASBCA No. 59047
)
Under Contract No. W9126G-09-D-0089 )

APPEARANCES FOR THE APPELLANT: Johnathan M. Bailey, Esq.
Kristin E. Zachman, Esq.
  Bailey & Bailey, P.C.
  San Antonio, TX

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Lloyd R. Crosswhite, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Fort Forth

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 10 February 2016

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59047, Appeal of Blackhawk Ventures, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals